# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ISABEL TUBACH, | ) | 1:10-cv-00913-SMS (PC) |
| Plaintiff, | ) | |
| v. | ) | ORDER REQUESTING WARDEN'S ASSISTANCE |
| LAHIMORE, et al., | ) | |
| Defendants. | ) | |

In light of the urgency of Plaintiff's medical condition as alleged in the Complaint and shown in the exhibits thereto (i.e. extremely high blood pressure) and the alleged housing situation in which Plaintiff is experiencing harassment at the hands of her cell-mates so as to cause her to experience an increase in symptoms and levels of anxiety, the Court requests that the Warden of Central California Women's Facility look into her medical complaints and housing situation.  If at all feasible, the Warden is requested to change Plaintiff's cell-mates and/or to move Plaintiff to a different cell with the hope that perhaps a change in cell-mates will mitigate the anxiety causing conditions under which Plaintiff is housed.

The Clerk's Office is hereby directed to forward this Order to the Warden's office and to the Litigation Coordinator at Central California Women's Facility via facsimile transfer.

IT IS SO ORDERED.

**Dated:    July 8, 2010**           /s/ Sandra M. Snyder
                                     UNITED STATES MAGISTRATE JUDGE