1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   ISABEL TUBACH,                              CASE NO. 1:10-cv-00913-SMS PC

10                      Plaintiff,              ORDER STRIKING PLAINTIFF'S AFFIDAVIT

11        v.                                    (Doc. 14)

12   LAHIMORE, et al.,

13                      Defendants.
                                         /
14

15        Plaintiff Isabel Tubach ("Plaintiff") is a state prisoner proceeding pro se and in forma

16   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed her First Amended

17   Complaint on September 9, 2010, which is presently pending before the Court.  (Doc. 13.)  On

18   October 12, 2010, Plaintiff filed a document entitled "Affidavit."  (Doc. 14.)

19        There are no motions or other issues pending before the Court requiring Plaintiff to submit

20   such an affidavit and she may not file documents in isolation.

21        Accordingly, Plaintiff's Affidavit, filed October 12, 2010, is HEREBY ORDERED

22   STRICKEN from the record.

23
24
25   IT IS SO ORDERED.

26   **Dated:    October 19, 2010**            _____/s/ Sandra M. Snyder_____
                                               UNITED STATES MAGISTRATE JUDGE
27
28